UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No. 05-409 (SDW)

      v.                    :     Hon. Susan D. Wigenton, USDJ

JUAN PEREZ              :     <u>ORDER</u>


THE COURT having considered the additional term of

Supervised Release imposed upon Juan Perez by this Court on April

19, 2012, and the relevant statute; and no hearing being required

under Federal Rule of Criminal Procedure 32.1(c)(2)(B),

     IT IS on this     *23RD*     day of July, 2012,

     ORDERED that the defendant's term of supervised release be

modified such that upon release from imprisonment, the defendant

shall be placed on supervised release for a term of 1 year.


_____
HONORABLE SUSAN D. WIGENTON
United States District Judge